UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
ERNEST RUDOLPH,

                 Plaintiff,

- against -

CUSTOM COATINGS, INC.,

                 Defendant.
--------------------------------------------------------X

CV-02-4103 (TCP) (ETB)

**ORDER**

PLATT, District Judge.

        On April 17, 2006, Magistrate Judge E. Thomas Boyle issued a Report and Recommendation in which he recommended that this Court deny, on the merits and for lack of service, Plaintiff's renewed request to amend the complaint. No objection was filed within ten (10) days of the date of the Report and Recommendation. The Report and Recommendation is hereby adopted and affirmed in all respects.

SO ORDERED.

                                                             s/s Thomas C. Platt
                                                              Thomas C. Platt, U.S.D.J.

Dated: Central Islip, New York
         May 2, 2006