UNITED STATES DISTRICT C0URT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

EARNEST  RUDOLPH

        Plaintiff,

  -v-

CUSTOM COATINGS, INC.

        Defendant.

--------------------------------------------------------X

                                                  ORDER OF DISMISSAL
                                                  CV-02-4103 (TCP)

      IT IS HEREBY ORDERED, having been advised by the parties on March 13, 2007 that the
above case has settled, the case is dismissed.    A stipulation of dismissal was placed on the record
before Magistrate Judge Boyle in open court.

      The Clerk of the Court is directed to mark this case closed.



                                                 _/s/_____
                                                 Thomas C. Platt
                                                 U.S. District Judge

Dated: Central Islip, NY
       March 14, 2007